## Prince Frederick vs. St. Pierre, 1744

At A Court of Vice Admiralty held at Newport in the Colony of Rhode Island On Tuesday the 24th day of July A D. 1744.

Before the Hon$^{ble}$ Leo: Lockman Esq$^r$ Judge the following Preparatory Exam$^s$ were taken   John Sweet Second Lieu$^t$ of the Sloop Prince frederick on Oath in Court gave Ans$^{rs}$ to these Questn$^s$

Ques$^t$ 1st When and where and by whom was this Sloop taken brought in here by you as Prize

Ans$^r$ In the Lattitude of 12$\frac{1}{2}$ Northern Lat. on Or about the 1st day of July Ins$^t$ by Cap$^t$ John Dennis Com$^r$ of the S P Fredrick

Q$^n$ How many Persons on Board At the time of Capture and of what Nation

Ans$^r$ There were Seven french men and Eleven Negroes

Q$^n$ Are All the Papers now Produced in Court all that were found on

board s<sup>d</sup> Sloop at the time of Capture without any fraud Subduction Addition or Embezelment A french Pasport Role Equipage and Cocket and some. french Letters

*Ans<sup>r</sup>* Yes.                                                                 John Sweet

Jean Bazil late Cap<sup>t</sup> of the Sloop S<sup>t</sup> Peirre sent into this Port by Cap<sup>t</sup> John Dennis on Oath in Court gave Ans<sup>r</sup> to these Quest<sup>ns</sup>

*Ques<sup>t</sup>* Have you any Knowledge of the Sloop brought into this Port by Order of Cap<sup>t</sup> John Dennis and what Declare all you know

*Ans<sup>r</sup>* I have known her these four Months and this is the second Voyage I have made in her and saild from Martinico the 26th of June last N. S. to the Granadas and from thence saild the 13th July N S bound to Martinico and in our Passage was taken the 14th of s<sup>d</sup> Month N S.

*Q<sup>n</sup>* How many Persons were on board at the time of Capture and of what Nation

*Ans<sup>r</sup>* There was Seven french men and Eleven Negroes

*Q<sup>n</sup>* To whom did the Vessel and Cargo belong

*Ans<sup>r</sup>* The Sloop belongd to M<sup>r</sup> Lussy an inhabitant of Martinico and A Subject of the french King the Cargo belong'd to Several french Gent<sup>n</sup> at the Granadas and Consignd to sd. Lussy.

*Q<sup>t</sup>* What did y<sup>r</sup> Cargo Consist of

*An<sup>r</sup>* Sugar Cocoa Coffee Rice and Negroes.

*Q<sup>t</sup>* Are the Negroes all Slaves

*A b<sup>r</sup>* Yes and belongd to s<sup>d</sup> M<sup>r</sup> Lussy excepting A negro woman

                                                                         Bazil.

At A Court of Vice Admiralty held at Newport in said Colony on Tuesday the 24th day of July 1744 at 5 o Clock P. M.

Before the Hon<sup>ble</sup> Leo: Lockman Esq<sup>r</sup> Judge

The Court being Opend

The Libel and Monition being Read also the Preparatory Examinations.

Jean Bazil late Master of the Sloop Afores<sup>d</sup> Preferr'd A Petition to his Hon<sup>r</sup> the Judge Viz<sup>t</sup> The Kings Advo: Plead to the Merrits

The Court was Adjourned till the Morning

It Plainly Appears to me that the Sloop S<sup>t</sup> Pierre with her Appurtenances and Cargo and Eleven Negroe Slaves libeled for are the Property of the french King Vassals and Subjects, enemies to our Sovereign Lord the King and therefore I condemn the s<sup>d</sup> Sloop S<sup>t</sup> Pierre her Appurtenances and Cargo and Eleven Negroes as lawfull Prize to the Captors and Owners and to be divided as they among themselves have agreed and such goods as are liable to duty to pay the same to the Collec<sup>r</sup> and what ever goods cannot

be divided I order to be sold by William Mumford Marshall the Captors Paying Cost

Leonard Lockman

Newport July 25th 1744
ten O Clock A.M.